## S03A1256. ALLEN v. THE STATE.
(587 SE2d 23)

SEARS, Presiding Justice.

The appellant, Jody Allen, appeals from the trial court's denial of his motion for out-of-time appeal. However, because Allen waived his right to appeal as part of his plea agreement with the State,[*] Allen was not entitled to seek an appeal, and the trial court properly denied his motion for out-of-time appeal. Accordingly, we affirm the trial court's judgment.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 22, 2003.

Jody E. Allen, *pro se.*

*Dennis C. Sanders, District Attorney, Thurbert E. Baker, Attorney General, Paula K. Smith, Senior Assistant Attorney General,* for appellee.

---

[*] *Allen v. Thomas*, 265 Ga. 518, 519-520 (458 SE2d 107) (1995).